## ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

FILED/REC'D

2026 MAR -6  A 9: 58

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

### IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconcin__

(Full name of plaintiff(s))

**James Ash**

vs

(Full name of defendant(s))

**State of Wisconsin, ex rel.**

**Emily Long, CPS,**

**Eau Claire County Circuit Court Judge**

Case Number:

__26-cv-189-jdp__

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__ and resides at
    (State)
    __2564 105th St. Eau Claire, Wisconsin 54703__
    (Address)

    (If more than one plaintiff is filing, use another piece of paper).

2. Defendant <u>State of Wisconsin, ex rel. Emily Long, CPS, Eau Claire County Circuit Court</u>

(Name)

is (if a person or private corporation) a citizen of <u>Wisconsin</u>

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>City of Eau Claire Courts system</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or about, Judge Emily Long, acting under color of state law, terminated my parental

rights in Eau Claire County Circuit Court Case No. 8521382, without proper notice,

without a full evidentiary hearing, and based on fabricated reports from CPS social

workers. These workers falsified evidence, withheld exculpatory documents, and

engaged in ex parte communications with the judge- conduct prohibited under

Wisconsin Supreme Court Rule §20:3.5. The defendants' willful, malicious actions

violated Wis. Stat. §48.24, 48.415, and my due process rights under the Fourteenth

Amendment, causing loss of custody, emotional distress, property forfeiture (child

support exceeding $7,000), and permanent harm to my children.

C.   JURISDICTION

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I further request punitive damages in the amount of ten million dollars ($10,000,000) and compensatory damages in the amount of five million dollars ($5,000,000) for the defendant's willful, malicious, and reckless misconduct, including judicial bias, corrupt rulings, and deliberate abuse of process—plus legal costs and fees, and whatever else the Court thinks is fair."

767.511; Court-ordered visitation with my children under Wis. Stat. section 767.41(4);

• Reassignment of all cases to an unbiased judge under Wis. Stat. §757.19;

• Dismissal of any outstanding warrants or contempt orders;

• Any other relief the Court deems just and proper.

E.    **JURY DEMAND**

☐    Jury Demand - I want a jury to hear my case
            OR
☑    Court Trial – I want a judge to hear my case

Dated this __27th__ day of __February__ 20__26__.

Respectfully Submitted,

*[signature]*

Signature of Plaintiff

**541-324-0393**

Plaintiff's Telephone Number

**mydivinepurpose777@outlook.com**

Plaintiff's Email Address

**2564 105th St. Eau Claire Wi 54703**

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5